**Samuel Lewis TAYLOR**
**Plaintiff-Appellant**

v.

Michael **MILLER**, CCM II, Potosi Correctional Center; Jason Crawford, Correctional Officer II, Potosi Correctional Center; Carl Gravett, Correctional Officer I, Potosi Correctional Center; Dorrain Johnson, Correctional Officer I, Potosi Correctional Center **Defendants-Appellees**

Troy Steele, Warden, Potosi Correctional Center; Christopher Lambert, Canteen Manager, Potosi Correctional Center; Clive Hedrick, Correctional Officer I, Potosi Correctional Center; John Schneedle, Correctional Officer I, Potosi Correctional Center; Eric Dunn, CCW II, Potosi Correctional Center **Defendants**

**Stanley Pruett, CCW II, Potosi Correctional Center Defendant-Appellee**

Unknown Culton, Correctional Officer I, Potosi Correctional Center **Defendant**

No. 17-1860

United States Court of Appeals, Eighth Circuit.

Submitted: December 7, 2017

Filed: December 28, 2017

Samuel Lewis Taylor, Pro Se

Joel A. Poole, Assistant Attorney General, Attorney General's Office, Jefferson City, MO, Katherine S. Walsh, Attorney General's Office, Saint Louis, MO, for Defendants-Appellees

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action brought by Missouri Department of Corrections inmate Samuel Taylor against Potosi Correctional Center staff, Taylor appeals following the district court's[1] adverse grant of summary judgment on his First Amendment retaliation claims. Following de novo review, we agree with the district court that there is insufficient support in the record for Taylor's contention that defendants' actions were motivated by retaliation. See Lewis v. Jacks, 486 F.3d 1025, 1028-29 (8th Cir. 2007). The judgment of the district court is affirmed in all respects, including the pre-service without-prejudice dismissal of some claims, for the reasons stated by the district court. See 8th Cir. R. 47B.

---

1. The Honorable Rodney W. Sippel, Chief Judge, for the United States District Court for the Eastern District of Missouri.